Frank C. Rothrock (SBN: 54452)
frothrock@shb.com
Naoki S. Kaneko (SBN: 252285)
nkaneko@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

Amir Nassihi (SBN 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Attorneys for Defendant Tyson Foods, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FITZPATRICK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TYSON FOODS, INC.,<br><br>Defendant. | Case No. 2:16-cv-00058-JAM-EFB<br><br>Judge: Hon. John A. Mendez<br>Ctrm.: 6 – 14th Floor<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Compl. Filed: January 11, 2016<br>First Am. Compl. filed: May 16, 2016 |

On September 26, 2016, the Court dismissed Plaintiff's claims under the UCL (Cal. Bus. & Prof. Code § 17200 et seq.) and CLRA (Cal. Civ. Code § 1750 et seq.) without prejudice because California's safe harbor doctrine barred Plaintiff's claims. The Court granted Plaintiff twenty (20) days to file a second amended complaint to properly plead her claims. (ECF No. 32 at 12-13.)

On September 30, 2016, Plaintiff notified the Court that she will not amend her First Amended Complaint and requested that the Court make its September 26, 2016 Order final so Plaintiff can file an appeal. (ECF No. 33 at 2.)

Accordingly, for the reasons set forth in the Court's September 26, 2016 Order, **IT IS HEREBY ORDERED** that this case is dismissed in its entirety with prejudice.

Dated: 10/4/2016                              /s/ John A. Mendez
                                              Hon. John A. Mendez
                                              United States District Court Judge